# *United States District Court*

*District of Minnesota*

IN THE MATTER OF:

Richard Hettler, appellant
v
John R. Stoebner, appellee

Civil No. 02-851 DSD
Bky No. 99-30128
Adv. No. 01-3010

## CLERK'S NOTICE OF RECEIPT AND ASSIGNMENT IN RE: BANKRUPTCY TRANSMITTAL

You are hereby notified that on 4/22/02, the following was filed with the Clerk of U.S. District Court:

### APPEAL FROM U. S. BANKRUPTCY COURT MATTER

| | |
|---|---|
| | Clerk's Record on Appeal (see Briefing Schedule below) |

BRIEFING SCHEDULE FOR BANKRUPTCY APPEALS
Pursuant to Local Bankruptcy Rule 1305

Appellant to submit an original and two copies of brief within 15 days after entry of appeal on the docket.
Appellee to submit an original and two copies of brief within 15 days after service of appellant's brief.
Appellant may submit an original and two copies of a reply brief within 10 days after service of appellee's brief.

### OTHER BANKRUPTCY MATTERS/PROCEEDINGS

| | |
|---|---|
| | Motion, etc. for Leave to Appeal |
| x | Transferred Adversary Proceeding Papers |
| | Motion to Withdraw Reference |
| | Order of Contempt |
| | Proposed Findings and Conclusions in non-core adversary |

This matter has been assigned to Judge David S. Doty under the above civil action number, and counsel should contact Connie Baker, Courtroom Deputy, at 612 664-5063 for further information concerning this matter.

DATE: April 23, 2002

RICHARD SLETTEN, CLERK

BY [signature]
Deputy Clerk

cc: Clerk, U. S. Bankruptcy Court
U. S. Trustee
All Counsel of Record

FILED 4-23-02
RICHARD D. SLETTEN, CLERK

C:\FORMS\BKYNOT.FRM
Rev. June 6, 1995