UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD HETTLER,

Appellant,

v.

JOHN STOEBNER, TRUSTEE,

Appellee.

ORDER

Civil No. 01-1616 ADM

RICHARD HETTLER,

Appellant,

v.

JOHN STOEBNER, TRUSTEE,

Appellee.

Civil No. 02-850 DWF

RICHARD HETTLER,

Appellant,

v.

JOHN STOEBNER, TRUSTEE,

Appellee.

Civil No. 02-851 DSD

Case No. 02-849 having been assigned to Judge Ann D. Montgomery and Case Nos. 02-850 and 02-851 having been later assigned to Judges Donovan W. Frank and David S. Doty, said matters being related cases;

IT IS HEREBY ORDERED that Case Nos. 02-850 and 02-851 be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: Apr 30, 2002

JUDGE DONOVAN W. FRANK
UNITED STATES DISTRICT COURT

Dated: 4/30/02

JUDGE DAVID S. DOTY
UNITED STATES DISTRICT COURT

Dated: May 1, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT